UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEA RYSE, | No. 2:18-cv-2600 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| MR. FRIEND, et al., | |
| Defendants. | |

Plaintiff, Dorothea Ryse, is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 30, 2018, the undersigned issued an order dismissing plaintiff's complaint and granting plaintiff twenty-eight days to file an amended complaint. (ECF No. 3.)

On November 19, 2018, plaintiff filed a "MOTION" which requests "A NEW COURT DATE FOR THE CASE" and "A PRE TRIAL HEARING REVIEWS." (Id. at 1.) There is no court date to set, or pretrial hearing to be had, because plaintiff's complaint has been dismissed with leave to amend. Moreover, as the October 30, 2018 order cautioned plaintiff, failure to file an amended complaint "in a timely manner may result in a recommendation that this action be dismissed." (ECF No. 3 at 7.)

However, in light of plaintiff's pro se status, the undersigned will grant plaintiff an extension of time to file an amended complaint.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion filed November 19, 2018 (ECF No. 4) is denied.

2. Within fourteen days from the date of this order, an amended complaint shall be filed that cures the defects noted in the October 30, 2018 order and complies with the Federal Rules of Civil Procedure and the Local Rules of Practice.[1]  The amended complaint must bear the case number assigned to this action and must be titled "Amended Complaint."

3. Failure to comply with this order in a timely manner may result in a recommendation that this action be dismissed.

Dated:  December 13, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ryse2600.eot.lta.ord

---

[1] Alternatively, if plaintiff no longer wishes to pursue this action plaintiff may file a notice of voluntary dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.