1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Dorothea Ryse,                              No. 2:18-cv-02600 KJM DB

12                          Plaintiff,            ORDER

13          v.

14    Friend, et al.,

15                          Defendants.

16

17         In January 2020, the court dismissed the amended complaint without leave to amend for

18    failure to comply with Federal Rule of Civil Procedure 8(a).  *See* F&Rs, ECF No. 8, *adopted*,

19    ECF No. 9.  About two years later, in late December 2021, plaintiff filed a second amended

20    complaint, ECF No. 11, and she now moves to reopen this case, ECF No. 12.

21         The court construes the motion to reopen as a motion for relief from the judgment under

22    Federal Rule of Civil Procedure 60(b):

23              On motion and just terms, the court may relieve a party or its legal
24              representative from a final judgment, order, or proceeding for the
25              following reasons:

26              (1) mistake, inadvertence, surprise, or excusable neglect;

27              (2) newly discovered evidence that, with reasonable diligence, could
28              not have been discovered in time to move for a new trial under Rule
29              59(b);

1

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).  The motion to reopen does not show plaintiff is entitled to relief for any of the reasons identified in that rule.

The motion to reopen (ECF No. 12) is **denied**, and the second amended complaint (ECF No. 11) is **stricken**.

IT IS SO ORDERED.

DATED:  March 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE